IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. MAWHINEY, | ) | 8:09CV421 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SKYLARK MEATS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Suggestion of Death. (Filing No. 12.) Defendants represent to the court that Plaintiff died on or about January 24, 2010. (*Id.*)

Plaintiff's survivors will be permitted 90 days in which to submit an appropriate motion for substitution in accordance with Federal Rule of Civil Procedure 25. If no motion is filed, this matter will be dismissed. *Kaubisch v. Weber*, 408 F.3d 540, 542 (8th Cir. 2005).

IT IS THEREFORE ORDERED that:

1. Plaintiff's survivors will be permitted 90 days in which to submit an appropriate motion for substitution.

2. The Clerk of the court is directed to set a pro se case management deadline in the matter with the following text: June 2, 2010: Deadline for Plaintiff's survivors to submit a motion for substitution.

March 4, 2010.                           BY THE COURT:

                                         *Richard G. Kopf*
                                         United States District Judge