IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT D. MAWHINEY, | ) | 8:09CV421 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SKYLARK MEATS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On March 3, 2010, Defendant filed a Suggestion of Death, stating that Plaintiff "died on or about January 24, 2010." (Filing No. 12.) The court then entered a Memorandum and Order permitting Plaintiff's survivors until June 2, 2010, "to submit an appropriate motion for substitution." (Filing No. 13.) The court warned that "[i]f no motion is filed, this matter will be dismissed." (*Id.*) No motion for substitution has been filed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

June 7, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge